Before ANDREW A. CAFFREY, Chairman, and ROY W. HARPER,* CHARLES R. WEINER, EDWARD S. NORTHROP, ROBERT H. SCHNACKE, FRED DAUGHERTY, and SAM C. POINTER, Jr.,* Judges of the Panel.

**ORDER DENYING TRANSFER**

**PER CURIAM.**

Presently before the Panel are two motions, pursuant to 28 U.S.C. § 1407, filed by two groups of plaintiffs in actions in this docket, to centralize in a single district for coordinated or consolidated pretrial proceedings the 92 actions[1] listed on the attached Schedule A.

**In re RELY TAMPON PRODUCTS LIABILITY LITIGATION.**

**No. 497.**

Judicial Panel on Multidistrict Litigation.

March 9, 1982.

---

* Judges Harper and Pointer took no part in the decision of this matter.

1. The motions before the Panel included 106 actions. The schedules of actions attached to the two motions, however, include thirteen actions that have been dismissed and one action

On the basis of the papers filed and the hearing held, we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. Although we recognize that the actions in this litigation involve some common questions of fact, we are not persuaded that these common questions of fact will predominate over individual questions of fact present in each action. Furthermore, we note that 1) discovery in many actions in this docket is well advanced; and 2) pretrial proceedings have been completed and trial is imminent in at least two actions. Under these circumstances, we cannot conclude that centralization of the actions in this litigation under Section 1407 will further the purposes of the statute. *See In re Asbestos and Asbestos Insulation Material Products Liability Litigation*, 431 F.Supp. 906, 910 (J.P.M.L.1977).

IT IS THEREFORE ORDERED that the motions for transfer pursuant to 28 U.S.C. § 1407 be, and the same hereby are, DENIED.

## SCHEDULE A

### Northern District of Alabama

*Deborah Louise Parker v. Proctor & Gamble, et al.*, C.A. No. CV–80–HM–1585–S

*Theresa J. Boney v. Proctor & Gamble, et al.*, C.A. No. CV–81–C–1062–S

### Eastern District of Arkansas

*Mike Ford, etc. v. Proctor & Gamble Co.*, C.A. No. LR–C–81–493

### Northern District of California

*Carol A. Thompson, et al. v. The Proctor & Gamble Co., et al.*, C.A. No. C–80–3711–SAW

### District of Colorado

*Deletha Dawn Lampshire, et al. v. The Proctor & Gamble Co., et al.*, C.A. No. 80–1567

### District of Connecticut

*Paula Doucette v. The Proctor & Gamble Co.*, C.A. No. H–81–406·

### Middle District of Florida

*Paula Beaudoin, et al. v. The Proctor & Gamble Distributing Co., et al.*, C.A. No. 80–575–ORL–CIV–Y

*Shannon M. Keeney, et al. v. The Proctor Distributing Co.*, C.A. No. 80–597–ORL–CIV–Y

*Tammy Carr v. International Playtex Inc., et al.*, C.A. No. 80–611–ORL–CIV–R

*Sandra J. Nester, et al. v. The Proctor & Gamble Distributing Co.*, C.A. No. 81–160–CIV–T–H

### Northern District of Georgia

*Robert A. Ellis, et al. v. The Proctor & Gamble Manufacturing Co.*, C.A. No. C81–794–A

### Southern District of Illinois

*Charles File, Adm. v. The Proctor & Gamble Manufacturing Co.*, C.A. No. 81–3213

### Central District of Illinois

*George Thomas Dorris, etc., et al. v. The Proctor & Gamble Co., et al.*, C.A. No. 81–2180

### Northern District of Iowa

*Michael L. Kehm, Adm. v. The Proctor & Gamble Manufacturing Co., et al.*, C.A. No. C80–119

*Nancy C. Vohs v. Proctor & Gamble Manufacturing Co., et al.*, C.A. No. C81–4069

### District of Kansas

*Kathleen E. McLaughlin v. The Proctor & Gamble Distributing Co., et al.*, C.A. No. 80–4265

*Vickie G. Helton v. The Proctor & Gamble Paper Products Co., et al.*, C.A. No. 81–1116

that was never pending in federal court. Accordingly, the two motions taken together en-

compass a total of 92 actions presently pending in federal district courts.

*Barbara J. Ivey v. The Proctor & Gamble Paper Products Co., et al.,* C.A. No. 81–1037

*Judy M. Mitchell v. The Proctor & Gamble Paper Products Co., et al.,* C.A. No. 81–1038

*Gloria L. DeRoulet v. The Proctor & Gamble Paper Products Co., et al.,* C.A. No. 81–1039

*Cynthia Sue Souter v. The Proctor & Gamble Paper Products Co., et al.,* C.A. No. 81–1118

*Anne E. Somer v. The Proctor & Gamble Paper Products Co., et al.,* C.A. No. 81–1185

*Cynthia A. Butler v. The Proctor & Gamble Distributing Co., et al.,* C.A. No. 81–1184

*Carolyn K. McKinsey v. The Proctor & Gamble Manufacturing Co., et al.,* C.A. No. 81–4123

*Janet L. Matney v. Proctor & Gamble Distributing Co., et al.,* C.A. No. 81–1263

*Sarah P. Hughes v. The Proctor & Gamble Paper Products Co., et al.,* C.A. No. 81–1359

*Dana L. Lewis v. The Proctor & Gamble Paper Products Co., et al.,* C.A. No. 81–1357

*Deborah L. Tilghman v. The Proctor & Gamble Paper Products Co., et al.,* C.A. No. 81–1358

### Western District of Kentucky

*Brenda Coreau v. The Proctor & Gamble Manufacturing Co.,* C.A. No. C81–0072–P(J)

*Karen McGregor v. The Proctor & Gamble Manufacturing Co.,* C.A. No. 81–0076–P(J)

### Eastern District of Louisiana

*Cathy Baudry v. Proctor & Gamble Manufacturing Co., et al.,* C.A. No. 81–1827

*Peggy Burns v. The Proctor & Gamble Manufacturing Co., et al.,* C.A. No. 81–1863

*Herman J. Byrnes, etc. v. The Proctor & Gamble Distributing Co., et al.,* C.A. No. 81–2413

### Eastern District of Michigan

*Carol Anne Keene v. The Proctor & Gamble Co., et al.,* C.A. No. 81–10060–NI

### Western District of Missouri

*Larry D. Clark v. The Proctor & Gamble Manufacturing Co., et al.,* C.A. No. 80–0952–CV–W–5

*Mary Christine Cervantes v. The Proctor & Gamble Co., et al.,* C.A. No. 81–0488–CV–W–5

*Athalee Kay Manley v. The Proctor & Gamble Manufacturing Co., et al.,* C.A. No. 80–0907–CV–W–5

*Sharon Davis v. The Proctor & Gamble Co., et al.,* C.A. No. 81–0314–CV–W–5

*Debra Ann Bailey, et al. v. The Proctor & Gamble Manufacturing Co., et al.,* C.A. No. 80–0910–CV–W–5

*Sherrie D. Biggs v. The Proctor & Gamble Manufacturing Co., et al.,* C.A. No. 81–0047–W–5

*Shawn L. Roberts v. Proctor & Gamble Manufacturing Co., et al.,* C.A. No. 81–0036–CV–W–5

*Mary C. Parker v. The Proctor & Gamble Co., et al.,* C.A. No. 81–0238–CV–W–5

*Arsenius Wasinger, et al. v. The Proctor & Gamble Co., et al.,* C.A. No. 81–04140–CV–W–5

*Perry Lane Ruckman v. The Proctor & Gamble Co., et al.,* C.A. No. 81–5062–CV–W–5

### Eastern District of Missouri

*Karen K. Lanpher, et al. v. The Proctor & Gamble Paper Products Co.,* C.A. No. S81–0025C

### District of Montana

*Ruth E. Pilgrim v. Proctor & Gamble, Inc.,* C.A. No. CV81–18–BU

### District of New Hampshire

*Mary Ellen Brady, et al. v. Proctor & Gamble Co.,* C.A. No. 80–494–L

### Western District of New York

*Thomas H. Anderhault, et al. v. The Proctor & Gamble Co.,* C.A. No. CIV–80–996C

*Philip J. Maciuska, et al. v. The Proctor & Gamble Co.,* C.A. No. CIV–81–34–C

### Southern District of New York

*Jacqueline Lieber, et al. v. The Proctor & Gamble Distributing Co.,* C.A. No. 81–CIV–3708

### Northern District of Oklahoma

*Joanne E. Watt, et al. v. Proctor & Gamble Co.,* C.A. No. 81–C–111–B

### Western District of Oklahoma

*Cynthia Cantrell v. The Proctor & Gamble Distributing Co.,* C.A. No. CIV–81–985

*Kristine M. Moen v. Proctor & Gamble Distributing Co.,* C.A. No. CIV–81–791T

### Eastern District of Pennsylvania

*Mary Beth Ralston v. The Proctor & Gamble Co.,* C.A. No. 80–4109

*Sheila A. Serianni, et al. v. The Proctor & Gamble Co., et al.,* C.A. No. 80–4652

*Marilyn Douglas, et al. v. The Proctor & Gamble Co.,* C.A. No. 81–2425

*Anita Peters v. The Proctor & Gamble Co.,* C.A. No. 81–2427

### District of South Carolina

*Sidney M. Thompson, etc. v. Proctor & Gamble, Inc., et al.,* C.A. No. 81–71–0

*Alice K. Curbeam v. Proctor & Gamble,* C.A. No. 80–1916–9

### Western District of Tennessee

*Kathy Blount Woods, et al. v. Proctor & Gamble Manufacturing Corp., et al.,* C.A. No. 80–1128

*John M. Rose, etc. v. Proctor & Gamble Manufacturing Co., et al.,* C.A. No. 81–1008

*Teresa Jones, et al. v. Proctor & Gamble Manufacturing Corp.,* C.A. No. 81–1024

*Patricia Addington Castleman v. Proctor & Gamble Manufacturing Co., et al.,* C.A. No. 81–2216

### Middle District of Tennessee

*Diane Carpenter, et al. v. Proctor & Gamble Paper Products Co., et al.,* C.A. No. 81–3479

*Jan Bown Meadows, et al. v. Proctor & Gamble Paper Products Co., et al.,* C.A. No. 81–3478

*Avonda L. Lamb, et al. v. Proctor & Gamble Paper Products Co., et al.,* C.A. No. 81–3480

*Betty Jean Grimes v. Proctor & Gamble Paper Products Co., et al.,* C.A. No. 81–2021

### Eastern District of Texas

*Jeanne Spaulding v. Proctor & Gamble Distributing Co.,* C.A. No. B–80–778–CA

### District of Utah

*Richard J. Fors, et al. v. Proctor & Gamble Co.,* C.A. No. C–80–539–J

*Robin Murdock v. Proctor & Gamble Co.,* C.A. No. C–80–0587–J

*Sandra Bryant v. Proctor & Gamble Co.,* C.A. No. C–80–0597–W

*Linda Joyce Muir v. Proctor & Gamble Co.,* C.A. No. C–81–0207–J

*Cindy Malmstrom v. Proctor & Gamble Co.,* C.A. No. C–81–0461–C

*Mary Jane Ogle v. Proctor & Gamble Co.,* C.A. No. C–81–0546–W

*Holly E. Staples v. The Proctor & Gamble Co.,* C.A. No. C–81–0041–W

*Debbie L. Crozier v. Proctor & Gamble,* C.A. No. C–81–0011–W

### Eastern District of Washington

*Monica Fabio, et al. v. Proctor & Gamble, Inc.,* C.A. No. C–80–383–RJM

*Sandi D. Neddo v. Proctor & Gamble, Inc.,* C.A. No. C–80–415–RJM

*Deborah L. Hancock v. Proctor & Gamble Co.,* C.A. No. C–80–440–RJM

*Catherine L. Kujawski v. Proctor & Gamble, Inc., et al.,* C.A. No. C–81–003–JLQ

### Southern District of West Virginia

*Theresa Kathleen Jarrett, et al. v. The Proctor & Gamble Co.,* C.A. No. CA–80–2453

Eastern District of Wisconsin

*Susan J. Voss, et al. v. Proctor & Gamble Co., et al.*, C.A. No. 80–C–924

*Susan M. Menard, et al. v. Proctor & Gamble Co., et al.*, C.A. No. 80–C–948

*Joyce E. Jaraczewski, et al. v. Proctor & Gamble Co.*, C.A. No. 81–C–407

*Susan Jo White v. Proctor & Gamble Co.*, C.A. No. 81–C–948

Western District of Wisconsin

*Lynnette Richards v. Proctor & Gamble Co.*, C.A. No. 80–C–596

Southern District of Florida

*Vicki Alley v. The Proctor & Gamble Co.*, C.A. No. 81–8398–CIV–JAG

District of Montana

*Karla K. Easton, et al. v. The Proctor & Gamble Co., et al.*, C.A. No. CV–81–123–M

District of New Jersey

*Stacy E. Wolf, et al. v. The Proctor & Gamble Co.*, C.A. No. 82–130

Eastern District of Pennsylvania

*Marilyn Hilliard .v. The Proctor & Gamble Co.*, C.A. No. 81–3843

District of South Dakota

*Michelle Cramton, etc. v. The Proctor & Gamble Co.*, C.A. No. 81–4200

Eastern District of Wisconsin

*Teresa Campshure v. The Proctor & Gamble Co.*, C.A. No. 81–C–1060